AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

EUGENE FRANK TENNISON, JR.,

Defendant.

Case No. 2:21-mj-04525-Duty

LODGED
CLERK, U.S. DISTRICT COURT
9/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jb   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
9/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: em   DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 28, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting, Resisting, Opposing, or Impeding a Federal Officer |

This criminal complaint is based on these facts:

  Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Thomas Smith
Complainant's signature

Thomas Smith, FPS Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 29, 2021

*Patricia Donahue* (signature)
Judge's signature

City and state: Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
Printed name and title

AUSA: Anna Farias-Eisner – (213) 894-2170

**AFFIDAVIT**

I, Thomas Smith, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Eugene Frank Tennison, Jr. ("TENNISON"), for forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with federal officers while engaged in the performance of official duties, involving physical contact and bodily injury, in violation of Title 18, United States Code, Section 111(a)(1).

## II. BACKGROUND OF THOMAS SMITH

2. I am a Special Agent with the Department of Homeland Security ("DHS"), Federal Protective Service ("FPS"). I have been an FPS Special Agent for the past three years and am currently assigned as a member of the Joint-Terrorism Task Force with the Federal Bureau of Investigation ("FBI"). In addition to participating in FBI counter-terrorism investigations, I am the case agent and co-case agent to numerous FPS investigations. Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for the FPS for four years. As a Uniformed Inspector, I performed security duties for federal facilities in Washington, D.C., and Albuquerque, New Mexico. In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received over 168 hours of Threat Assessment and Management and Physical Security Training. As a federal law

enforcement officer, I have investigated over 100 cases involving criminal threats.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and requested arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

4. On September 28, 2021, at the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California (the "Federal Courthouse"), TENNISON assaulted two federal officers -- one employed by DHS FPS and the other employed by the United States Marshals Service as a Court Security Officer ("CSO") of the Federal Courthouse -- while they were acting in their official duties to attempt to restrain and prevent TENNISON from entering the Federal Courthouse. During TENNISON's assault on the federal officers, TENNISON punched CSO D.M. on the right side of his face between the temple and upper cheek bone, causing facial swelling. While being detained by FPS inspectors and evaluated by Los Angeles Fire Department ("LAFD"), TENNISON turned his head and bit FPS Inspector J.L. on the top of his right wrist,

breaking the skin and causing him to bleed. CSO D.M. was treated by LAFD Emergency Medical Services ("EMS") personnel for his injuries, and FPS Inspector J.L. was treated at the hospital for his injuries.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports, conversations with other law enforcement agents, my interviews with victims and witnesses, and my own knowledge of the investigation, I am aware of the following:

6. On the evening of September 28, 2021, CSOs D.M., K.D., and J.K. were performing their court security officer positions at the entrance to Federal Courthouse. At approximately 5:00 p.m., a white male (later identified as TENNISON) was observed near the entrance to the Federal Courthouse arguing with a patron outside of the courthouse. TENNISON was then observed from the courthouse video surveillance system on the street picking up construction barricades and throwing them at passing vehicles. TENNISON was then observed trying to block vehicular traffic on 1st Street. TENNISON blocked the movement of a black Tesla and then punched the hood of the vehicle.

7. After a short period of time sitting on the sidewalk, TENNISON approached CSOs D.M., K.D., and J.K. who were blocking the entrance to the Federal Courthouse. TENNISON lunged at CSO D.M. who attempted to block the strike and apprehend TENNISON. TENNISON pulled away and then again tried to strike CSO D.M. TENNISON made a third attempt to strike the CSOs at which point CSO D.M. was able to grab TENNISON by the waist to detain him.

TENNISON was able to swing his arms and struck CSO D.M. on the right side of his face between the temple and upper cheek bone. The CSOs were able to detain TENNISON and place him in handcuffs. The CSOs notified the control center for FPS backup.

8.  FPS Inspectors J.L. and M.V. arrived on the scene along with Los Angeles Fire Department ("LAFD"). Inspectors J.L. and M.V. were standing with TENNISON while LAFD attempted to examine TENNISON. TENNISON then turned his head and bit Inspector J.L. on the top of the right hand, breaking the skin causing J.L. to bleed.

9.  Based on victim and witness interviews, I learned the following:

    a.  According to CSO D.M., on September 28, 2021, at approximately 5:00 p.m., D.M. was notified by CSO control center of a disturbance at the front entrance to the Federal Courthouse. D.M. responded to the front of the facility and observed TENNISON picking up parking barricades and throwing them at passing cars on 1st Street. D.M. observed TENNISON sit on the curb in front of the facility for approximately 10 minutes before getting up and attempting to enter the facility. TENNISON walked towards the entrance to the Federal Courthouse at which point CSOs D.M., K.D., and J.K. attempted to block TENNISON from entering the facility. TENNISON said a statement along the lines of, "I'm going to kick your ass." TENNISON then lunged at D.M. and attempted to strike him. D.M. blocked the strike and attempted to grab TENNISON to detain him, however TENNISON took a few steps back. TENNISON then lunged towards

4

all three CSOs again and attempted to strike them. TENNISON then lunged for a third attempt to strike D.M. and D.M. was able to grab TENNISON by the waist. While D.M. attempted to detain TENNISON, TENNISON struck D.M. on the right side of his face between the temple and upper cheek bone.

  b. According to CSO J.K., on September 28, 2021, at approximately 5:00 p.m., J.K. was notified by CSO control center of a disturbance at the front entrance to the Federal Courthouse. J.K. responded with CSO D.M. and observed TENNISON throwing traffic barricades at passing vehicles traveling on 1st Street. J.K. recalled that TENNISON then approached the entrance to the Federal Courthouse at which point CSOs D.M., J.K., and K.D. attempted to block his entrance. TENNISON lunged and attempted to hit D.M. and then backed away before he could be detained. TENNISON attempted to hit J.K. on the second lunge but pulled away before he could be detained. TENNISON lunged a third time and was grabbed by D.M. around the waist. TENNISON then began attempting to hit all three CSOs and was able to strike D.M. with a closed fist on the right side of his face. CSOs D.M., K.D., and J.K. were able to handcuff TENNISON and notify control center for FPS backup. After FPS responded, K.L. observed TENNISON bite FPS Inspector J.L. on the right wrist.

  c. According to FPS Inspector J.L., on September 28, 2021, at approximately 5:20 p.m., J.L. was dispatched to the Federal Courthouse at 350 West 1st Street, Los Angeles, California, for a subject (later identified as TENNISON) who assaulted a CSO. Upon arrival, TENNISON had been detained by

5

the CSOs.  LAFD was on the scene and attempting to examine TENNISON.  Inspector J.L. stood behind TENNISON on his right side and placed his right hand on TENNISON's right shoulder to ensure he would not move during his examination by LAFD.  While allowing LAFD to conduct their exam, TENNISON turned his head to the right and bit J.L. on the top of his right wrist.  The bite broke J.L.'s skin, causing him to bleed.  Inspectors J.L. and M.V. transported TENNISON to White Memorial Hospital in Los Angeles, California.  Inspector J.L., CSO D.M., and TENNISON were treated for injuries.

10.   CSO D.M. was treated by LAFD EMS personnel for his injuries, including facial swelling.

11.   Inspector J.L. was treated for his injuries and diagnosed with an abrasion on his wrist.  He was treated with a tetanus shot, had blood drawn for an HIV test, and was prescribed a seven-day course of antibiotics.

## V.   Interview of TENNISON

12.   On September 28, 2021, at approximately 10:35 p.m., TENNISON was Mirandized, waived his rights, and provided a verbal statement.

13.   When asked if he knew why he was in custody, TENNISON stated he hit a "Cop" while he was on "drugs."  TENNISON stated that he believed the Cop was an "Alien."  TENNISON stated that he had traveled to California from Illinois the week prior to begin a new life, and he intended to bring his fiancée and her two kids to California.  TENNISON acknowledged being addicted to Methamphetamine.  TENNISON explained that he and his fiancée had

been sober (from utilizing Methamphetamine) for the past two years while in Illinois.  He had allegedly worked in the landscaping business while in Illinois and wished to pursue similar work in California.  He traveled to California with $1000.00 via train and had been residing on the streets. TENNISON recalled receiving Methamphetamine from "skid row" which is a known area in Los Angeles where people are known to utilize narcotics.

      a.   When asked what led him to visit the Federal Courthouse, TENNISON stated he did not recall visiting the facility as he was under the influence.  He stated he did not recall damaging property and/or vehicles at the facility. TENNISON stated he came down from his Methamphetamine high when he arrived at the hospital.  When asked why he assaulted the federal officers at the Federal Courthouse, TENNISON referenced aliens attacking him.  He also believed the federal officers had killed his fiancée and kids.  TENNISON advised that he went "crazy" and referenced to an "imaginary fairyland."  TENNISON stated he had a "drug induced mind."  TENNISON was remorseful and stated he wanted to leave California and head back to Illinois.

## VI. CONCLUSION

14.    Based on the foregoing facts, there is probable cause to believe that TENNISON forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with federal officers while engaged in the performance of official duties, involving

physical contact and bodily injury, in violation of Title 18, United States Code, Section 111(a)(1).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  29th  day of September, 2021.

*Patricia Donahue*
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE